UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __4__

------------------------------------------------

Saleh

-v-

USA

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # __08-cv-3928__

JUDGE: __MBM__

DATE: __MAY 30, 2008__

# INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): __THOMAS R. PISARCZYK__
FIRM: __U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK__
ADDRESS: __500 PEARL STREET, ROOM 370__
__NEW YORK, NEW YORK 10007__
PHONE NO.: __(212) 805 - 0636__

DISTRICT COURT DOCKET ENTRIES --------------------------------------------------

DOCUMENT DESCRIPTION                                              DOC. #

__CLERK'S CERTIFICATE__

__SEE ATTACHED LIST OF NUMBERED DOCUMENTS__

Documents 1 & 2 are already in USCA under # 08-2411-op

( ✓ ) Original Record                           ( ____ ) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 30TH Day of May, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

Saleh

-v-

USA

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08 cv 3928

JUDGE: MBM

DATE: MAY 30, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __3__ Through __3__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

| Date Filed | Document Description |
|---|---|
| | Documents 1 & 2 are already in USCA under # 08-2411-op |

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 30TH Day of May In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
Deputy Clerk

2255, APPEAL, CLOSED, PRO-SE

# U.S. District Court
## United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-03928-MBM
### Internal Use Only

Saleh v. USA  
Assigned to: Judge Michael B. Mukasey  
Related Case: 1:93-cr-00181-MBM-8  
Cause: 28:2255 Motion to Vacate / Correct Illegal Sentenc

Date Filed: 04/28/2008  
Date Terminated: 04/28/2008  
Jury Demand: None  
Nature of Suit: 510 Prisoner: Vacate Sentence  
Jurisdiction: U.S. Government Defendant

| Date Filed | # | Docket Text |
|---|---|---|
| 04/28/2008 | 1 | MOTION to Vacate, Set Aside or Correct Sentence (28 U.S.C. 2255). NO FURTHER ENTRIES, PLEASE SEE CRIMINAL CASE: 93-cr-181.Document filed by Mohammed Saleh.(laq) (Entered: 05/07/2008) |
| 04/28/2008 | | Magistrate Judge Michael H. Dolinger is so designated. (laq) (Entered: 05/07/2008) |
| 04/28/2008 | 2 | TRANSFER ORDER (U.S.C.A.),....transfers this matter to the U.S.C.A. for the Second Circuit.... Sent original file along certified copy of docket entries and transfer order. Mailed via Inter-Office Mail on 4/28/08. (Signed by Judge Kimba M. Wood on 4/28/08) (laq) (Entered: 05/07/2008) |
| 05/20/2008 | | Received a letter from the United States Court of Appeals for the Second Circuit acknowledging receipt of the entire file and assigned 08-2411- OP (jeh) (Entered: 05/20/2008) |
| 05/22/2008 | 3 | NOTICE OF APPEAL from 2 Transfer Order U.S.C.A. Document filed by Mohammed Saleh. Copies mailed to attorney(s) of record: A.U.S.A. (tp) (Entered: 05/29/2008) |
| 05/22/2008 | | Appeal Remark as to 3 Notice of Appeal filed by Mohammed Saleh. $455.00 APPEAL FEE DUE. IFP REVOKED 4/28/08. COA DENIED 4/28/08. (tp) (Entered: 05/29/2008) |
| 05/29/2008 | | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 3 Notice of Appeal. (tp) (Entered: 05/29/2008) |
| 05/29/2008 | | Transmission of Notice of Appeal to the District Judge re: 3 Notice of Appeal. (tp) (Entered: 05/29/2008) |